**JOEL D. LEIDNER**
*Attorney at Law*
CSBN# 52559
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Telephone: (323) 664-5670
Fax: (323) 662-0840
Email: joel.leidner@igc.org

Attorney for Plaintiff
MARTA ALICIA ORTIZ

EILEEN DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN G. GILL, CSBN 226819
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415)977-8995
    Facsimile: (415)744-0134
    Email: kevin.gill@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA ALICIA ORTIZ ) | Case No: CV 14-7387 BRO(PLA) |
| Plaintiff, ) | |
| v. ) | ORDER AWARDING |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| CAROLYN W. COLVIN, ) | ATTORNEY FEES AND COSTS |
| Commissioner of ) | PURSUANT TO 28 U.S.C. §§ 192**0** |
| Social Security, ) | AND 2412(d) |
| Defendant. ) | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under EAJA in the amount of six thousand

-1-

1   two hundred fifty dollars and zero cents ($6,250.00), as authorized by 28 U.S.C.

2   §§ 1920 and 2412(d),  subject  to the terms of the above-referenced Stipulation.
3
4
5   Dated:   August 11,  2015            _____
6                                         PAUL L. ABRAMS
7                                         United States Magistrate Judge